2014 MAR 13 AM 8:41
JAMES W. ...
BY:___

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff DIVISION

CASE NO. 5:14-CV-97 BSM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 18 2014
JAMES W. McCORMACK, CLERK
By: _Brown_
DEP CLERK

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Edmond McClinton
ADC # N/A   Dub Brassell Detention Center, Jefferson County Jail
Address: 300 East 2ND Ave Pine Bluff, Arkansas 71601

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Miller
and to Magistrate Judge Deere

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Jefferson County
Position: Criminal Justice / Law Enforcement
Place of employment: Courthouse
Address: 101 Barraque, Pine Bluff, Arkansas 71601

Name of defendant: Gerald Robinson
Position: Jefferson County Sheriff

-4-

Place of employment: *Sheriff Department*
Address: *101 Barraque Pine Bluff, Arkansas 71601*
Name of defendant: *S. Kyle Hunter*
Position: *Chief Prosecuting Attorney*
Place of employment: *Office of Prosecuting Attorney*
Address: *101 Barraque Pine Bluff, Arkansas 71601*
Name of defendant: *Karres Manning*
Position: *Deputy Prosecuting Attorney*
Place of employment: *Office of Prosecuting Attorney*
Address: *101 Barraque Pine Bluff, Arkansas 71601*

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: *N/A*

Defendants: *N/A*

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: __Dub Brassell Detention Center, Jefferson County Jail__

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

          Yes __✓__    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X    No ____

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

December 13th, 2011 at 11:55pm I was picked up and brought to the Dub Brassell Detention Center, Jefferson County Jail at 3:55 am December 14th, 2011. I was not accorded due process of First Appearance, a violation of United States Constitution, 5th and 14th Amendment. Gerald Roberson Sheriff, ~~Benny Indon~~ the Chief Administrator of the Dub Brassell Detention Center, along with the Office of the Prosecuting Attorney S. Kyle Hunter and Karres Manning has denied my Constitutional right to prompt 1st Appearance without due process, in the name of Jefferson County and State of Arkansas, in there official and personal capacity under color of law, with deliberate indifference. And has been held since without prompt first appearance without delay.

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

To grant 42 USC 1983 petition and award compensatory damages and any other damages available to plaintiff according to law.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _10_ day of _March_, 20_14_.

_Edmond McClinton_
_____
Signature(s) of plaintiff(s)

# DETAINEE GRIEVANCE REQUEST FORM

Detainee's Name: Edmond McClinton
DOB: 4-25-1978
Pod Location / Cell Number: F 203
DATE / TIME: June 22, 2013

Please see attached Affidavit

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner providing a safe, sanitary and orderly living environment for jail detainees, visitors and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your grievance in plain language. All grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form. DO NOT WRITE ON THE BACK. DO NOT FOLD OR PUT INTO AN ENVELOPE.

There has come to my knowledge that I've not been afforded 1st Appearance on felony charges, that I'm being held in Jefferson County Jail. The Jefferson County Sheriff Gerald Robinson through his deputies hold responsibility to escort detainees to First Appearance, and to assure that detainee make all court dates. To wait on the Court to call for the detainee abdicates responsibility of arresting officer: A deprivation of procedural due process. There has never been any arrest warrant issued to me, for my arrest on this charge from any Preliminary hearing or Grand Jury. Please see attached Affidavit Thanks

Detainee's Signature: Edmond McClinton

Response: A warrant CR-12-1061 has been issued + served on you. You have a $700,000.00 bond. You have been afforded all constitutional protections + appearances

Responding Staff/Officer: [signature]
Date: 7-2473

Rev. 2/2011 / 9/2012

Jefferson County Arkansas
July 17, 2013
(Pg 1 of 3)

## Affidavit

I the Affiant Edmond McClinton do bring forth this affidavit hereby state in Truth & Reality:

December 13, 2011 I was arrested at about 11:55pm, brought to Jefferson County Jail December 14, 2011. Booked in by the Sheriff Department of Jefferson County Arkansas. December 14, 2011 I was taken to 48 Hour Gerstein Hearing of Arkansas Rules of Criminal Procedure 4.1. Where a person is arrested without a warrant, that person may not be jailed or subjected to other restraints, more than 48 hours without a judicial determination of Probable-cause-to-detain. There was never an arrest warrant issued. By which the responsibility of the jail was to assure that each detainee get to court, that every jail should make it the arresting officer's responsibility to obtain a warrant after a warrantless arrest, to evidence probable cause to detain, and deliver to the jail within 48 hrs, A.R.Cr.P Rule 4.1.

I also have not been taken before First Appearance Hearing, Arkansas Rule of Criminal Procedure Rule 8.1. The Due Process Clause of 5th and 14th Amendment of the U.S. Constitution, forbids an extended detention, without a First appearance, following arrest by warrant, and extended pre-Trial detention without an initial appearance. A denial of substantive due process Hayes -vs- Faulkner County, 285 F. Supp. 2d 1132 (E.D., Ark., Oct. 28, 2004).

## Affidavit

The Sheriff Department responsibility is to provide A.R.Cr.P Rule 8.3(c) Paperwork to the Court, assure there has been an arrest warrant issued to detainee within 48 Hours of arrest. The Sheriff can not be deliberately indifferent to a need to get the affidavit for arrest, and the other paper work/facts supporting probable cause for detaining, pending further proceedings to Prosecuting Attorney or the Court without unnecessary delay.

First Appearance within 72 hours of Gerstein Hearing/Detention Hearing = A.R.Cr.P Rule 4.1 Hearing. The Arkansas Supreme Court approved a 72 hour delay when there is a necessary reason for a 72 hour delay: <u>Johnson -vs- State</u>, 307 Ark. 525, 823 S.W. 2d 440 (1992). This First Appearance Hearing = Arkansas Rule of Criminal Procedure Rule 8.1, to appear before a judge without unnecessary delay.

The Jefferson County Jail - Dub Brassell Detention Center abdicated responsibility of the arresting-detaining authority to ensure detainee receives an expeditious First Appearance Hearing. Which this procedure is unconstitutional. The Jefferson County Jail has affirmative duty to provide Arkansas Rule of Criminal Procedure Rule 8.1 Hearing without unnecessary delay. If not this is a violation of detainees due process clause of 14th Amendment U.S.

## Affidavit

Constitution, as well 5th Amendment due process clause. The jail not providing or of deprivation of procedural due process, is unconstitutional. Because person not called by the court could be held indefinitely by the jail, for lack of a call by the court. Which becomes deliberate indifference for such actions: <u>Coleman -vs- Frantz</u>, 754 F. 2d 719 (7th Cir. 1985). Deprivation of liberty without due process of law. The duty is on the county jail to get the arrestee before a judge without unnecessary delay. And first appearance Rule 8.1 of Arkansas Rules of Criminal Procedure is not to be confused with Detention Hearing (Gerstein Hearing) Rule 4.1 of Arkansas Rule of Criminal Procedure.

Edmond McClinton
300 East 2nd Ave F 203
Pine Bluff, Arkansas
71601

Date: July 17, 2013                    Affiant

Subscribed and Sworn to me a Notary Public on this 18 day of July 2013.

Notary Public

*Appea*    *Appeal*

## DETAINEE GRIEVANCE/REQUEST FORM

Detainee's Name: Edmond McClinton
Pod Location/Cell Number: A 202
DOB: 4-25-1978
DATE/TIME: 3-19-2013

### NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner providing a safe, sanitary and orderly living environment for jail detainees, visitors and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or grievance concerning any conduct or condition.

### NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your grievance in plain language. All grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form. DO NOT WRITE ON THE BACK. DO NOT FOLD OR PUT INTO AN ENVELOPE.

Since December 13, 2011 I been held without a first appearance and also by unlawful arrest and freudulent bench warrant by which sheriff Gerald Robinson County Sheriff Department. I was two warrant that are identical from Jefferson County that are not from Bind Over of Preliminary Hearing. The Sherriff Department have made unlawful arrest issueing illegal warrant.

The grievance response wasn't relevant to the grievance.

I have had no first appearance

Detainee's Signature: Edmond McClinton

(Will Call System is Unconstitutional)

Response: You need to contact your attorney so he/she can get you back in court.

Responding Staff/Officer: [signature]
Date: 3/19/13
Rev. 2/2011 / 9/2012