In the U.S. District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 17 2014
JAMES W. McCORMACK, CLERK
By: _____

Edmond McClinton
   -vs-                    Case # 5:14-cv-00097-BSM
Jefferson County, Arkansas et al

## Motion to Add Defendant

Comes now Edmond McClinton Pro Se does bring forth this motion in request, and solicit the Court, hereby:

1. To add Greg Bolin, Sheriff Department Jail Administrator of Dub Brassell Detention Center, as defendant in case # 5:14-cv-00097-BSM. That he has as well participated with deliberate indifference through color of law to deprive plaintiff of constitutional right to due process.

2. Greg Bolin in his official capacity has assisted in the deprivation of due process of law, with deliberate indifference through color of law. Knowingly doing such continuously after being advised of such constitutional violation.

Edmond McClinton
300 E. 2nd Ave
Pine Bluff, Arkansas
71601