IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDMOND McCLINTON**                                                                                              **PLAINTIFF**

**v.**                              **CASE NO. 5:14CV00097 BSM**

**JEFFERSON COUNTY, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE